```
Laura C. Hess, Bar No. 198284
lhess@kringandchung.com
Allyson K. Thompson, Bar No. 235933
athompson@kringandchung.com
KRING & CHUNG, LLP
38 Corporate Park
Irvine, CA 92606-5105
Telephone: (949) 261-7700
Facsimile: (949) 261-8800

Attorneys for Plaintiff
NATASHA GONZALES
```

FILED
CLERK U.S. DISTRICT COURT
NOV 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATASHA GONZALES,<br><br>　　　　Plaintiff,<br>vs.<br>QG PRINTING CORP. fka QUAD/GRAPHICS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. EDCV13-771 JFW (OPx)<br><br>*Order Re*<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: March 18, 2014 |

Plaintiff Natasha Gonzales ("Plaintiff") and Defendants QG Printing Corp. and Quad/Graphics, Inc. ("Defendants"), by and through undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint against Defendants is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

///
///
///
///
///
///
///
///

F:\9300\0209\cf\Stipulation of Dismissal With Prejudice.docx

DATED this 21st day of November, 2013.

| KRING & CHUNG, LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
|---|---|
| By _____<br>Laura C. Hess<br>38 Corporate Park<br>Irvine, California 92606<br>Attorney for Plaintiff Natasha Gonzales | By _____<br>Ellen Bronchetti<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Attorney for Defendants QG Printing Corp. and Quad/Graphics, Inc. |

IT IS SO ORDERED

Dated  11/22/13

**JOHN F. WALTER**
United States District Judge



F:\9300\0209\cf\Stipulation of Dismissal With Prejudice.docx